## Commonwealth ex rel. Brothers *v.* Brothers, Appellant.

Before WRIGHT, J.

Argued December 16, 1975. *David L. Hill,* for appellant; *Joseph W. Atkinson,* submitted a brief for appellee.

Order affirmed.

## Commonwealth ex rel. Eisenberg *v.* Eisenberg, Appellant.

Before ROSENBERG, J.

Argued December 8, 1975. *J. Leon Rabben,* for appellant; *Leonard Schaeffer,* with him *Stanley A. Uhr,* and *Pechner, Dorfman, Wolffe, Moss & Rounick,* for appellee.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.

## Commonwealth ex rel. Glickman *v.* Cohen, Appellant.

Before ROSENBERG, J.

Argued December 16, 1975. *Steven E. Angstreich,* with him *I. Raymond Kremer,* and *Kremer, Krimsky & Luterman,* for appellant; *Mark Braverman,* for appellee.

Order affirmed.